# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Gilbert Figueroa,<br><br>                    Plaintiff,<br><br>        v.<br><br>Gill, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-00477-ART-DJA<br><br>**Order** |

Nevada state prison inmate Gilbert Figueroa submitted initiating documents to the Court on March 16, 2022, which include an application to proceed *in forma* pauperis and a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1); (ECF No. 1-1). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's application is incomplete because it does not include the financial certificate, which is on page 4 of the form application. Additionally, Plaintiff did not submit an inmate account statement for the past six months. The Court will therefore deny Plaintiff's *in forma pauperis* application without prejudice. Plaintiff must properly complete his *in forma pauperis* application or pay the full filing fee for this action. If Plaintiff chooses to file an *in forma pauperis* application, then he must file a complete application including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.** The Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **June 9, 2022**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* on the correct form with complete financial attachments; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee.

**IT IS FURTHER ORDERED** that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: May 11, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE