UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Gilbert Figueroa,<br><br>            Plaintiff,<br><br>     v.<br><br>Gill, et al.,<br><br>            Defendant. | Case No. 2:22-cv-00477-ART-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff's "motion complying with Court order." (ECF No. 15). Plaintiff explains that, after he received the Court's order requiring him to fill out USM-285 forms to accomplish service, he was not provided with instructions and has been denied access to the law library due to an institutional lockdown. (ECF No. 15). Thus, he has not been able to look up how to accomplish service with the forms. Plaintiff attaches the forms to his motion. The Court liberally construes Plaintiff's motion as requesting service by the US Marshals Service and will forward Plaintiff's forms to the US Marshals Service.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 15) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summonses (ECF No. 14), the filed USM-285 forms which Plaintiff attaches to his motion,[1] and the operative complaint (ECF No. 12) on the US Marshals Service for the purposes of effecting service.

---

[1] (ECF No. 15 at 2) (Defendant Gill P# 17319); (*Id.* at 3) (Defendant Sgt. Fletcher, D. P# 8734); (*Id.* at 4) (Sgt. Prettle, P# 9629).

**IT IS FURTHER ORDERED** that upon receipt of this order, the summonses, the USM-285 forms, and the operative complaint, the US Marshal shall attempt service upon defendants under Fed. R. Civ. P. 4(c)(3).

DATED: September 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE